# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-10690
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 20, 2015

Lyle W. Cayce
Clerk

AJI PAUL EASWARANKUDYIL; NINU KURIAN,

Plaintiffs - Appellants

v.

MARK J. HAZUDA, Director, Nebraska Service Center, US Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, US Citizenship and Immigration Services; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL; RAND BEERS, ACTING SECRETARY, DEPARTMENT OF HOMELAND SECURITY,

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-4166

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

For the reasons set forth in its Order of May 19, 2014, the district court's Final Judgment of May 19, 2014 is, in all respects, AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.